1  LATHAM & WATKINS LLP
     Patrick Gibbs (Bar No. 183174)
2     Peter T. Snow (Bar No. 222117)
  140 Scott Drive
3  Menlo Park, California  94025
  Telephone:  (650) 328-4600
4  Facsimile:  (650) 463-2600

5  Attorneys for Defendant
  ARTHROCARE CORPORATION

6

7

8              UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10                SAN JOSE DIVISION

11

| 12  PEMSTAR, INC., | CASE NO. 5:06-CV-00630-JW |
|---|---|
| 13         Plaintiff, | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE CASE SCHEDULE** |
| 14     v. | |
| 15  ARTHROCARE CORPORATION, and DOES 1 TO 10 INCLUSIVE, | |
| 16         Defendants. | Honorable James Ware |
| 17 | |

18

19       WHEREAS, on December 12, 2005, Pemstar, Inc. ("Pemstar") commenced this action in

20  the Superior Court of the State of California in and for the County of Santa Clara;

21       WHEREAS, on January 30, 2006, defendant ArthroCare Corporation ("ArthroCare")

22  removed the action to this Court pursuant to 28 U.S.C. § 1441(b);

23       WHEREAS, on February 6, 2006, ArthroCare filed its answer to Pemstar's complaint;

24       WHEREAS, on June 16, 2006, the Court entered the Case Management Order, which set

25  the Case Schedule in this action;

26       WHEREAS, the parties have met and conferred regarding a potential resolution of this

27  action without further litigation;

28       WHEREAS, the parties have delayed engaging in significant discovery, including the

1   taking of depositions and expert discovery, pending the outcome of the parties' discussions

2   regarding the potential resolution of this action without further litigation;

3       WHEREAS, the parties have scheduled a mediation on March 9, 2007, to further discuss

4   the potential resolution of this action without further litigation;

5       WHEREAS, the parties believe that continuing the case schedule would conserve judicial

6   resources by permitting the parties to prepare for the March 9, 2007 mediation and to continue

7   their settlement negotiations before engaging in additional discovery and preparing this action

8   for trial;

9       THEREFORE, the parties hereby stipulate, and request the Court to order, that the case

10  schedule, including all fact and expert discovery deadlines, for this action be continued by 60

11  days as set forth below:

12                                **Case Schedule**

| | |
|---|---|
| **Preliminary Pretrial Conference and Trial Setting Conference (¶ 12)** | Septermber 10 2007 @ 11:00 AM ~~XXXXXXXXXXXXX~~ ~~August 31 2007~~ |
| **Preliminary Pretrial Conference Statements Due (*10 days before conference*) (¶ 11)** | August 31 2007 ~~XXXXXXXXXXXX~~ ~~August 21 2007~~ |
| **Last Date for Hearing Dispositive Motions (¶ 10) (*42 days before Preliminary Pretrial Conference*)** | **July 20, 2007** |
| **Close of Discovery (¶ 9)** | **June 5, 2007** |

19      IT IS SO STIPULATED.

20  Dated: February 12, 2007

21                                BARTLETT, LEADER-PICONE & YOUNG, LLP

22                                    Kaipo K.B. Young

23

24                                By _____/S/_____

25                                    Kaipo K.B. Young
                                    Attorneys for Plaintiff
26                                  PEMSTAR INC.

27

28

1    Dated:  February 12, 2007

2                                         LATHAM & WATKINS LLP
                                          Patrick Gibbs
3                                         Peter T. Snow

4

5                                         By _____/S/_____
                                                Peter T. Snow
6                                         Attorneys for Defendant
                                          ARTHROCARE CORPORATION
7

8    Filer's Attestation:  Pursuant to General Order No. 45, Section X.B regarding signatures, I attest
     under penalty of perjury that concurrence in the filing of this document has been obtained from
9    Kaipo K.B. Young.

10

11                              *        *        *

12                                      **ORDER**

13          Pursuant to the stipulation of counsel, IT IS SO ORDERED.

14

15   Dated: ___2/13/2007_____

16                                          The Honorable James Ware
                                            United States District Judge
17

18

19

20

21

22

23

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

SV\545156.1

3

JOINT STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CASE SCHEDULE – CASE NO. 5:06-CV-00630-JW