\\BL-PSERVER2\BL-P FILES\CLIENT FILES\P TO Q\PEMSTAR\ARTHROCARE\PLEADINGS\STIPULATION DISMISS 032207.DOC3/22/07

BARTLETT, LEADER-PICONE & YOUNG, LLP
KAIPO K.B. YOUNG *(State Bar No. 164718)*
2201 BROADWAY, SUITE 803
OAKLAND, CA  94612
TELEPHONE:  (510) 444-2404
FACSIMILE:  (510) 444-1291

Attorneys for Plaintiff
PEMSTAR, INC.

**GRANTED**
*Judge James Ware*
3/26/2007

UNITED STATES DISTICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| PEMSTAR, INC., | Case No.  C06-00630 |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS ACTION.** |
| ARTHROCARE CORPORATION, | |
| Defendant. | |

/ / / /

/ / / /

/ / / /

\\BL-PSERVER2\BL-P FILES\CLIENT FILES\P TO Q\PEMSTAR\ARTHROCARE\PLEADINGS\STIPULATION DISMISS 032207.DOC3/22/07

## STIPULATION TO DISMISS ACTION

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiff PEMSTAR, INC. and defendant ARTHROCARE CORPORATION, hereby stipulate, by and through their respective counsel of record, that the above-captioned proceeding against defendant shall be, and is hereby, dismissed with prejudice. Each party agrees to bear its own fees and costs.

DATED: March 23, 2007.        BARTLETT, LEADER-PICONE & YOUNG, LLP

BY: _____
KAIPO K.B. YOUNG
Attorneys for Plaintiff
PEMSTAR, INC.

DATED: March 23, 2007.        LATHAM & WATKINS, LLP

BY: _____
PETER T. SNOW
Attorneys for Defendant
ARTHROCARE CORPORATION

STIPULATION TO DISMISS ACTION.                                             Case No. C06-00630
-2-